UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK, STATE OF COLORADO, ex rel. PHILIP J. WEISER, ATTORNEY GENERAL, STATE OF DELAWARE, ex rel. KATHLEEN JENNINGS, ATTORNEY GENERAL, STATE OF DELAWARE, THE PEOPLE OF THE STATE OF ILLINOIS, through ATTORNEY GENERAL KWAME RAOUL, THE STATE OF MINNESOTA, by its ATTORNEY GENERAL, KEITH ELLISON, THE STATE OF NORTH CAROLINA, ex rel. JOSHUA H. STEIN, ATTORNEY GENERAL, THE STATE OF WISCONSIN, <br><br>Plaintiffs, <br><br>v. <br><br>STRATFS, LLC (F/K/A STRATEGIC FINANCIAL SOLUTIONS, LLC), STRATEGIC CLIENT SUPPORT, LLC (F/K/A PIONEER CLIENT SERVICES, LLC), STRATEGIC CS, LLC, STRATEGIC FS BUFFALO, LLC, STRATEGIC NYC, LLC, BCF CAPITAL, LLC, T FIN, LLC, STRATEGIC CONSULTING, LLC, VERSARA LENDING, LLC, STRATEGIC FAMILY, INC., ANCHOR CLIENT SERVICES, LLC (NOW KNOWN AS CS 1 PAAS SERVICES, LLC), BEDROCK CLIENT SERVICES, LLC, BOULDER CLIENT SERVICES, LLC, CANYON | Misc. Case No. 1:24-mc-215 <br><br>**NOTICE OF ORDER APPOINTING RECEIVER PURSUANT TO 28 U.S.C. § 754** <br><br>United States District Court Western District of New York Case No. 1:24-cv-00040-EAW-MJR <br><br>FILED HARRISBURG, PA <br><br>MAR 15 2024 <br><br>PER ___JBL___ DEPUTY CLERK |

1

CLIENT SERVICES, LLC, CAROLINA CLIENT SERVICES, LLC, GREAT LAKES CLIENT SERVICES, LLC, GUIDESTONE CLIENT SERVICES, LLC, HARBOR CLIENT SERVICES, LLC, HEARTLAND CLIENT SERVICES, LLC, MONARCH CLIENT SERVICES, LLC (NOW KNOWN AS CS 2 PAAS SERVICES, LLC), NEWPORT CLIENT SERVICES, LLC, NORTHSTAR CLIENT SERVICES, LLC, OPTION 1 CLIENT SERVICES, LLC, PIONEER CLIENT SERVICING, LLC, ROCKWELL CLIENT SERVICES, LLC, ROYAL CLIENT SERVICES, LLC, STONEPOINT CLIENT SERVICES, LLC, SUMMIT CLIENT SERVICES, LLC (NOW KNOWN AS CS 3 PAAS SERVICES, LLC), WHITESTONE CLIENT SERVICES, LLC, RYAN SASSON, JASON BLUST, and UNIDENTIFIED JOHN DOES 1-50,

      Defendants, and

DANIEL BLUMKIN, ALBERT IAN BEHAR, STRATEGIC ESOP, STRATEGIC ESOT, TWIST FINANCIAL, LLC, DUKE ENTERPRISES, LLC, BLAISE INVESTMENTS, LLC, THE BLUST FAMILY IRREVOCABLE TRUST THROUGH DONALD J. HOLMGREN, TRUSTEE, JACLYN BLUST, LIT DEF STRATEGIES, LLC, and RELIALIT, LLC,

      Relief Defendants.

**NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

United States District Court for the Western District of New York
Case No. 1:24-cv-00040-EAW-MJR

On January 10, 2024, the Consumer Financial Protection Bureau, the People of the State of New York, by Letitia James, Attorney General of the State of New York, State of Colorado, *ex rel.* Philip J. Weiser, Attorney General, State of Delaware, *ex rel.* Kathleen Jennings, Attorney General, State of Delaware, the

2

People of the State of Illinois, through Attorney General Kwame Raoul, the State of Minnesota, by its Attorney General, Keith Ellison, the State of North Carolina, *ex rel.* Joshua H. Stein, and Attorney General, the State of Wisconsin, filed a Complaint for Injunctive Relief, Restitution, and Civil Money Penalties in the United States District Court for the Western District of New York, Case No. 1:24-cv-00040-EAW-MJR. Attached hereto as Exhibit A is a true and correct copy of the Complaint.

The Court-appointed receiver, Thomas W. McNamara ("Receiver"), by and through the undersigned counsel, hereby provides notice, pursuant to 28 U.S.C. § 754, that on March 4, 2024, the Court entered a Preliminary Injunction, appointing Mr. McNamara as Receiver over the Receivership Defendants (Preliminary Injunction, Section VIII, page 17). A true and correct copy of the Preliminary Injunction is attached hereto as Exhibit B.

Respectfully submitted this 13th day of March, 2024.

                MCNAMARA SMITH LLP

                By: *Logan D. Smith*
                Logan D. Smith (Cal. Bar No. 212041)
                McNamara Smith LLP
                655 West Broadway, Suite 900
                San Diego, California 92101
                Tel.: 619-269-0400
                lsmith@mcnamarallp.com
                *Attorneys for Court-appointed Receiver,*
                *Thomas W. McNamara*

## EXHIBIT INDEX

| | |
|---|---|
| Exhibit A | Complaint for Injunctive Relief, Restitution, and Civil Money Penalties, *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*, Case No. 1:24-cv-00040-EAW-MJR (W.D.N.Y.) |
| Exhibit B | Preliminary Injunction, *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*, Case No. 1:24-cv-00040-EAW-MJR (W.D.N.Y.) |



**MCNAMARA SMITH LLP**
LAWYERS

LOGAN D. SMITH
DIRECT   619-269-0423
OFFICE   619-269-0400
FAX      619-269-0401
lsmith@mcnamarallp.com
www.mcnamarallp.com

March 13, 2024

*Via FedEx (7755-3252-0610)*

Clerk's Office
U.S. District Court
Middle District of Pennsylvania
Sylvia H. Rambo
United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re:   *Consumer Financial Protection Bureau, et al. v. StratFS, LLC, et al.*
      U.S. District Court (W.D.N.Y.), Case No. 1:24-cv-00040-EAW-MJR
      Miscellaneous Case Filing re: Notice of Order Appointing Receiver
      Pursuant to 28 U.S.C. § 754

Dear Sir/Madam:

Enclosed are the originals and caption pages of the Notice of Order Appointing Receiver Pursuant to 28 U.S.C. § 754 and Civil Cover Sheet for filing with the U.S. District Court for Middle District of Pennsylvania, along with our check in the amount of $52 for the Miscellaneous case filing fee. Please file the originals and conform the extra caption pages, returning the conformed copies to me in the enclosed self-addressed, postage-paid envelope.

If you have any questions, please call me at 619-269-0491.

Very truly yours,

Jill Jacobs
Legal Assistant to Logan D. Smith

:jej
Enclosures



# U.S. District Court

### Pennsylvania Middle - Harrisburg

Receipt Date: Mar 15, 2024 1:11PM

MCNAMARA SMITH LLP
555 W BROADWAY STE 900
SAN DIEGO, CA 92101

Rcpt. No: 111102004                   Trans. Date: Mar 15, 2024 1:11PM                   Cashier ID: #AA

| CD  | Purpose                  | Case/Party/Defendant | Qty | Price | Amt   |
|-----|--------------------------|----------------------|-----|-------|-------|
| 205 | Miscellaneous Filing Fees | DPAM124MC000215     | 1   | 52.00 | 52.00 |

| CD | Tender |       |            | Amt     |
|----|--------|-------|------------|---------|
| CH | Check  | #3838 | 03/13/2024 | $52.00  |

|  | Total Due Prior to Payment: | $52.00 |
|--|-----------------------------|--------|
|  | Total Tendered:             | $52.00 |
|  | Total Cash Received:        | $0.00  |
|  | Cash Change Amount:         | $0.00  |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.